**Glenn FLOYD, Plaintiff/Appellant,**

v.

**TOWN AND COUNTRY GROCERS,
INC., Defendant/Respondent.**

No. 65128.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 19, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 22, 1994.

Application to Transfer Denied
Oct. 25, 1994.

John C. Banning, Springfield, for appellant.

Mathieu Bregande, St. Louis, for respondent.

Before PUDLOWSKI, SIMON, and GARY
M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Glenn Floyd, appeals from the
November 22, 1993, order of the Circuit
Court of Washington County dismissing appellant's negligence action against respondent, Town & Country Grocers, Inc., due to
lack of subject-matter jurisdiction. We affirm.

We have reviewed the briefs and arguments of the parties, as well as the transcript
and the legal file, and find no clear error in
the findings of fact and conclusions of law of
the trial court. In addition, we find that no
jurisprudential purpose would be served by a
written opinion. We, therefore, affirm the
judgment of the trial court pursuant to Rule
84.16(b). The parties have been provided
with a memorandum, solely for their own
information, setting forth the reasons for our
decision.

■

**Joseph S. McDONALD, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 48857.

Missouri Court of Appeals,
Western District.

July 19, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 30, 1994.

Application to Transfer Denied
Oct. 25, 1994.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City,
for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and HANNA, JJ.

*ORDER*

PER CURIAM:

Appeal from the denial of a Rule 24.035
motion for postconviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).